**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1421**

---

JOHNNY SWANSON, III,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF THE ARMY; UNITED
STATES NAVY; UNITED STATES AIR FORCE; INTERNAL
REVENUE SERVICE; TREASURY OF THE UNITED
STATES; ROBERT B. REICH,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-95-1607-A)

---

Submitted: May 29, 1997                    Decided: June 6, 1997

---

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

---

Affirmed in part and dismissed in part by unpublished per curiam opinion.

---

Johnny Swanson, III, Appellant Pro Se. Richard Wayne Sponseller, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal from the district court's orders dismissing his civil suit and denying his Fed. R. Civ. P. 60(b) motion. Our review of the record discloses that this appeal is without merit.

The notice of appeal was filed within sixty days of the denial of Appellant's Rule 60(b) motion, but outside of the appeal period for the underlying dismissal. Because the notice of appeal was untimely as to the dismissal on the merits, we do not have jurisdiction to consider that order, and we dismiss the appeal as to that order. See Browder v. Director, Dep't of Corrections, 434 U.S. 257, 268-69 (1978); Dove v. CODESCO, 569 F.2d 807, 809 (4th Cir. 1978).

We find that the district court's denial of Appellant's Rule 60(b) motion was not an abuse of discretion. See United States v. Williams, 674 F.2d 310, 312 (4th Cir. 1982). Accordingly, we affirm the district court's denial of Appellant's Rule 60(b) motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED IN PART, DISMISSED IN PART